1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
**PAUL ANTHONY WESBECHER,**                CIV-S-04-0807 FCD CMK
12
                                Petitioner,    **ORDER**
13
          v.
14
**DANIEL FOY,**
15
                                Respondent.
16

17
          Respondent has requested a thirty (30) day extension of time in which to file a response to the
18
petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, Respondent is
19
granted an extension of time to and including July 15, 2005, in which to file a response to the petition for
20
writ of habeas corpus filed by Petitioner.
21
DATED:  June 20, 2005.
22

23
24                                    **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                         1