IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ANTHONY WESBECHER,** | CIV-S-04-0807 FCD CMK |
| Petitioner, | **ORDER** |
| v. | |
| **DANIEL FOY,** | |
| Respondent. | |

Respondent has requested a second thirty (30) day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 15, 2005, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

July 21, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1