IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ANTHONY WESBECHER,** | CIV S-04-0807 FCD CMK |
| Petitioner, | **ORDER** |
| v. | |
| **DANIEL FOY,** | |
| Respondent. | |

This Court hereby grants Respondent's requests for an enlargement of time by thirty (30) additional days, for Respondent to file a responsive brief on or before September 15, 2005.

**IT IS SO ORDERED:**

DATED: August 16, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE