1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL A. WESBECHER,

12          Petitioner,                    No. CIV S-04-0807 FCD CMK P

13      vs.

14   DANIEL FOY,

15          Respondent.                    ORDER

16   _____/

17          This petition for writ of habeas corpus was dismissed on January 19, 2006.

18   Documents filed by petitioner since the closing date will be disregarded and no orders will issue

19   in response to future filings.

20          IT IS SO ORDERED.

21

22   DATED:  May 23, 2006.

23

24   _____
     CRAIG M. KELLISON
25   UNITED STATES MAGISTRATE JUDGE

26